UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Civil No. 13-13990

vs.                                     Honorable: Robert H. Cleland

THIRTY-THREE THOUSAND TWO
HUNDRED FORTY-FOUR DOLLARS
AND EIGHTY-SIX CENT ($33,244.86) IN
U.S. CURRENCY FROM TCF NATIONAL
BANK ACCOUNT #6883796598,

        Defendant In Rem.

_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF ITS COMPLAINT

This matter having come before the Court on the Government's Motion for Voluntary Dismissal of Its Complaint, and the Court being fully advised in the premises, it is:

**ORDERED** that this case be dismissed with prejudice.

********************************************************************

                                         s/Robert H. Cleland
                                         HONORABLE ROBERT H. CLELAND
                                         United States District Judge

Dated:  November 21, 2013